UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
No. 2:25-cv-05917-FMO

PRO SE AMICUS CURIAE

UNITED STATES OF AMERICA,
Plaintiff,

v.

CITY OF LOS ANGELES; KAREN BASS, Mayor of Los Angeles, in her official capacity; LOS ANGELES CITY COUNCIL; MARQUEECE HARRISDAWSON, President of the Los Angeles City Council, in his official capacity,
Defendants.



FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

pg 5 no. 14 "Plaintiff is the United States of America. The United States is vested with plenary authority to regulate immigration under its statutory and constitutional authorities."

## VATTEL Law of Nations Section 225

Their right to emigrate may arise from several sources. 1. In the cases we have just mentioned (§223), *it is a natural right*, which is certainly reserved to each individual in the very compact itself by which civil society was formed.

## 10th Amendment

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

Constitution of Canada
https://laws-lois.justice.gc.ca/pdf/const_e.pdf

Concurrent Powers of Legislation respecting Agriculture, etc.

95  In each Province **the Legislature** may make Laws in relation to Agriculture in the Province, **and to Immigration into the Province**; and it is hereby declared that the Parliament of Canada may from Time to Time make Laws in relation to Agriculture in all or any of the Provinces, and to Immigration into all or any of the Provinces; and any Law of the Legislature of a Province relative to Agriculture or to Immigration shall have effect in and for the Province as long and as far only as it is not repugnant to any Act of the Parliament of Canada.

Constitution of Australia
https://www.pmc.gov.au/sites/default/files/foi-logs/foi-2021-017.pdf

51. **Legislative powers** of the Parliament
The Parliament shall, subject to this Constitution,
have power to make laws for the peace, order, and good government
of the Commonwealth with respect to
(xxvii) **immigration and emigration**

Constitution of Mexico
https://ecnl.org/sites/default/files/files/2021/MexicoConstitution.pdf

Section III
Powers of Congress
Article 73. **The Congress** has the power:
XVI. To enact laws in regard to nationality, the legal status of foreigners, citizenship, naturalization, colonization, **emigration and immigration**, and the general health of the country.

1968 U.S. China Treaty Article V
"The United States of America and the Emperor of China
cordially recognize
_the inherent and inalienable right_
of man to change his home"

As the Court can see regulation of immigration was not delegated to Our Congress.
further immigration courts and judges ARE NOT In ARTICLE 3 Judicial branch
but are in executive therefor immigration laws are ACTUALLY ART 1 SEC 9 PROHIBITED
"BILLS OF ATTAINDER" as people are punished without a Judicial trial.
Only after punishment is announced can they seek from justice under Art 3 Courts & Judges

Complaint pg 2 no.2 "**then candidate Donald J. Trump**"
We are here today only because **ARTICLE 4 SECTION 1 Full faith and Credit** was denied to the Judicial proceedings from Colorado by _state federal judges justices legislative and executive officers_ **allowing an Insurrectionist** to remain on the ballot for an OFFICE he is not eligible to hold.

pg 6 no 24 Accordingly, "Congress [has] the right...
Natural Persons have Rights the Government has been granted power and authory to do or is prohibited from doing expressed things. ibid 10th
same        Fong Yue Ting v. United States, 149 U.S. 698, 714 (1893)
       The United States are a sovereign and independent nation
The U.S. Sovereign Nation ERROR OF THE SUPREME COURT is proven in the Constitution 6 times
1 in Order to form a more perfect **Union**, 2 which may be included within this **Union**, 3 to execute the Laws of the **Union**, 4 give to the Congress Information of the State of the **Union**, 5 New States may be admitted by the Congress into this **Union**;6 to every State in this **Union** a Republican Form of Government,

Anything else is political propaganda even if it is in a Supreme Court Majority Opinion.

Every person in the U.S. has an interest and standing and are parties to any matter wherein UNCONSTITUTIONAL ACTIONS are taken by the person holding the OFFICE OF PRESIDENT

9th Choice / 1ST Redress

Joseph L Woodhall  7-5-25

2/2
JLW

Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

CHARLESTON WV 250
7 JUL 2025 AM 2 L

Honorable Fernando M. Olguin
United States Courthouse,
350 W. 1st Street,
6th Floor, Courtroom 6D
Los Angeles, CA 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 11 2025
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

No. 2:25-cv-05917

90012-453699

