BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
United States Department of Justice, Civil Division
950 Pennsylvania Ave NW, Ofc. 3631
Washington, DC 20530
Telephone: (202) 307-1697
Email: Sean.Skedzielewski@usdoj.gov
CHRISTOPHER LYERLA
Office of Immigration Litigation, Civil Division
U.S. Department of Justice
Attorneys for Plaintiff
United States of America

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; KAREN BASS, Mayor of Los Angeles, in her official capacity; LOS ANGELES CITY COUNCIL; MARQUEECE HARRIS DAWSON, President of the Los Angeles City Council, in his official capacity,<br><br>Defendants. | Case No. 2:25-cv-05917-FMO-PD<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND SCHEDULING CONFERENCE**<br><br>[Proposed] Order filed concurrently<br><br>Hon. Fernando M. Olguin |

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-0805
      Email: Paul.Green@usdoj.gov

Plaintiff and Defendants, through their respective counsel of record, hereby stipulate as follows:

1. On August 21, 2025, Defendants filed a Motion to Dismiss Plaintiff's Complaint. ECF No. 25 (the "Motion").

2. In accordance with the Court's Initial Standing Order, Defendants noticed a hearing date of October 2, 2025, at 10:00 a.m. for their Motion.

3. Pursuant to Local Rules 7-9 and 7-10, the hearing date of October 2, 2025 requires Plaintiff to file an opposition to the Motion no later than September 11, 2025 and Defendants to file a reply in support of the Motion no later than September 18, 2025.

4. On August 22, 2025, the Court issued an Order Setting Scheduling Conference to coincide with the Motion hearing date of October 2, 2025, at 10:00 a.m.

5. Because the Motion raises potentially dispositive issues that the parties, as government entities, require multiple divisions and departments to review, the parties request more time to address the issues raised in the Motion.

6. The parties therefore agree, subject to the Court's approval, to continue the hearing on the Motion by two weeks, to October 16, 2025, at 10:00 a.m., and to continue the corresponding Scheduling Conference to the same day, October 16, 2025, at 10:00 a.m., to preserve the parties' and the Court's resources.

7. With the new hearing date, the parties will have more time to brief the issues raised in the Motion in compliance with Local Rules 7-9 and 7-10. The parties have agreed, in accordance with the Local Rules, that with a hearing date of October 16, 2025, Plaintiff's opposition to the Motion will be due on September 18, 2025, and Defendants' reply in support of the Motion will be due on October 2, 2025.

8. The parties agree that the other dates in the Court's Order Setting Scheduling Conference (the dates for the Rule 26(f) conference and submission of the Joint Rule 26(f) Report) shall remain the same.

9. This is the parties' first request to continue the hearing and briefing deadlines for Defendants' Motion to Dismiss.

WHEREFORE, for the foregoing reasons, the parties request that the Court grant this request and continue the hearing on the Motion to Dismiss and the corresponding Scheduling Conference to October 16, 2025 at 10:00 a.m. A proposed order consistent with this request is attached hereto.

Respectfully submitted,

Dated: August 28, 2025  HYDEE FELDSTEIN SOTO, City Attorney
VALERIE FLORES, Chief Asst. City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Asst. City Attorney
MOLLY STEPHENS, Deputy City Attorney

/s/ Molly Stephens
Molly Stephens
Deputy City Attorney

*Attorneys for Defendants*

Dated: August 28, 2025  BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

3

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
United States Department of Justice, Civil Division

CHRISTOPHER LYERLA
Office of Immigration Litigation, Civil Division
U.S. Department of Justice

BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

<u>*/s/ Paul (Bart) Green*</u>
PAUL (BART) GREEN
Assistant United States Attorney

*Attorneys for Plaintiff*

\*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

4