Jonathon P. Hauenschild (SBN 249615)
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Ave., NW, Ste. 330
Washington, DC 20001
(202) 328-7004
jhauenschild@fairus.org

Counsel for *Movant* Federation for American Immigration Reform

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL OF CALIFORNIA

| UNITED STATES OF CALIFORNIA, | Case No. 2:25-cv-05917 |
|---|---|
| Plaintiffs, | **DECLARATION OF JONATHON P. HAUENSCHILD IN SUPPORT OF MOTION FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |
| v. | |
| CITY OF LOS ANGELES, *et al.*, | |
| Defendants. | Courtroom 6D, Hon. Judge Fernando Manzano Olguin |

## DECLARATION

I, Jonathon P. Hauenschild, am counsel for the Federation for American Immigration Reform (FAIR). In support of FAIR's Motion for Leave to File an Amicus Brief, I declare the following:

1. On or about September 16, 2025, and pursuant to Local Rule 7-3, I conferred with counsels for Plaintiffs and Defendants through email regarding Leave to File Amicus Brief;
2. My email requested either their consent or non-objection to the Motion for Leave;

3. On or about September 16, 2025, Counsel(s) for the Plaintiffs responded and indicated that they do not oppose FAIR's Motion for Leave;

4. On or about September 17, 2025, Counsel(s) for the Defendants responded and indicated that they intend to oppose the Motion for Leave;

5. Since the decision to file an amicus brief in this case, I have regularly checked the docket to ensure that I am aware of the filings in the case; and

6. Based upon my experience and prior practice, the Motion for Leave is the type of Motion that may be decided without a hearing and, therefore, as Counsel for Movant, Movant waives any oral argument.

I declare all these statements to be true under penalty of perjury.

Dated: September 24, 2025                    Respectfully submitted,

s/ Jonathon P. Hauenschild
Jonathon P Hauenschild
FEDERATION FOR AMERICAN IMMIGRATION REFORM
25 Massachusetts Ave., NW, Suite 330
Washington, DC 20001
(202) 328-7004
jhauenschild@fairus.org

Counsel for *Movant*
Federation for American Immigration Reform