# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LOS ANGELES, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05917<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [ECF NO. ___]**<br><br>Judge: Fernando Manzano Olguin |

## ORDER

On September 24, 2025, the Federation for American Immigration Reform (FAIR) filed a Motion for Leave to File Amicus Brief in Opposition to Defendants' Motion to Dismiss (ECF No. 25).

The Court, having considered FAIR's Motion and the arguments therein and finding good cause therefor, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated: September_____, 2025

_____
Fernando Manzano Olguin
U.S. DISTRICT JUDGE

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE, No. 2:25-cv-05917