# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5917-FMO (JCx) | Date | Sep. 29, 2025 |
|---|---|---|---|
| Title | United States v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

The court is in receipt of the Federation for American Immigration Reform's Motion to File Amicus Brief (Dkt. 32, "Motion"), which was not noticed for hearing. Accordingly, IT IS ORDERED THAT:

1. The hearing on the Motion is set for **November 6, 2025,** at **10:00 a.m.**  The briefing on the Motion shall be filed pursuant to the hearing date.

2. The hearing on the Motion to Dismiss and the scheduling conference set for October 2, 2025, are continued to **November 6, 2025**, at **10:00 a.m.**

|  | 00 : 00 |
|---|---|
| | Initials of Preparer   vdr |