# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-5917-FMO (JCx) | Date | October 30, 2025 |
|---|---|---|---|
| Title | United States v. City of Los Angeles, et al. | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):       Attorney Present for Defendant(s):

None Present                             None Present

**Proceedings:**     (In Chambers) Order Re: Further Proceedings

The court is in receipt of the government's Motion to Stay Case Pending Appropriations, (Dkt. 35, "Motion"), which was not noticed for hearing. Accordingly, IT IS ORDERED THAT:

1. The hearing on the Motion is set for **November 13, 2025,** at **10:00 a.m.**

2. Defendants shall file their opposition or notice of non-opposition by no later than **November 4, 2025**. Unless otherwise ordered by the court, no further briefing on the Motion will be permitted.

3. The Scheduling Conference, hearing on defendants' Motion to Dismiss, (Dkt. 25), and hearing on the Motion to File Amicus Brief (Dkt. 32), all currently set for November 6, 2025 at 10:00 a.m., are hereby continued to **November 13, 2025**, at **10:00 a.m.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | vdr |