HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
VALERIE FLORES, Chief Deputy City Attorney (SBN 138572)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
MOLLY STEPHENS, Deputy City Attorney (SBN 232211)
Office of the Los Angeles City Attorney
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone: 213-978-1868
Facsimile: 213-978-7011
Email: molly.stephens@lacity.org

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LOS ANGELES; KAREN BASS, Mayor of Los Angeles, in her official capacity; LOS ANGELES CITY COUNCIL; MARQUEECE HARRIS-DAWSON, President of the Los Angeles City Council, in his official capacity,<br><br>  Defendants. | Case No.: 2:25-cv-05917-FMO-JC<br><br>**DEFENDANTS' STATEMENT OF LIMITED NON-OPPOSITION TO UNITED STATES OF AMERICA'S MOTION FOR A STAY**<br><br>Hearing<br>Date: November 13, 2025<br>Time: 10:00 a.m.<br>Courtroom 6D<br>Hon. Fernando M. Olguin |

Defendants City of Los Angeles, Mayor Karen Bass, the Los Angeles City Council, and City Council President Marqueece Harris-Dawson (collectively, the "City") hereby respond to the Motion for a Stay filed by Plaintiff United States of America, which seeks to stay only the hearing on two pending motions that have been fully briefed, along with the scheduling conference that the United States requested be conducted in person. While the United States brought this case and should litigate or dismiss it,[1] the City does not oppose the stay request to the extent the Court intends to hold an in-person hearing and scheduling conference.

Dated: November 4, 2025    HYDEE FELDSTEIN SOTO, City Attorney
VALERIE FLORES, Chief Deputy City Attorney
KATHLEEN KENEALY, Chief Assistant City Attorney
GABRIEL S. DERMER, Assistant City Attorney
MOLLY STEPHENS, Deputy City Attorney

By:    */s/ Molly Stephens*
       Molly Stephens, Deputy City Attorney
       Attorneys for Defendants

---

[1] The United States cites the prohibition on voluntary work in 31 U.S.C. § 1342 as justification for a stay, but the City believes the provision governing furloughed employees in 31 U.S.C. § 1341 is more applicable.