# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 25-5917-FMO (JCx) | Date | November 7, 2025 |
|---|---|---|---|
| Title | United States v. City of Los Angeles, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     **(In Chambers) Order Re: Motion to Stay Case Pending Appropriations**

Having reviewed and considered the government's Motion to Stay Case Pending Appropriations, (Dkt. 35, "Motion"), and defendants' Statement of Limited Non-Opposition, (Dkt. 37, Statement), IT IS ORDERED THAT:

1. The government's Motion (Dkt. 35) is granted as set forth in this order.

2. The action is stayed pending further order of the court.

3. The government shall advise the court no later than seven days after the government shutdown ends. The court will set new dates for the stayed hearings after receiving such notice.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | vdr | |