1 | BRETT A. SHUMATE
2 | Assistant Attorney General
  | Civil Division
3 | YAAKOV M. ROTH
4 | Principal Deputy Assistant Attorney General, Civil Division
  | DREW C. ENSIGN
5 | Deputy Assistant Attorney General
6 | SEAN SKEDZIELEWSKI
  | Counsel to the Assistant Attorney General
7 | United States Department of Justice, Civil Division
8 | 950 Pennsylvania Ave NW, Ofc. 3631
  | Washington, DC 20530
9 | Telephone: (202) 307-1697
10 | Email: Sean.Skedzielewski@usdoj.gov
   | CHRISTOPHER LYERLA
11 | Office of Immigration Litigation, Civil Division
12 | U.S. Department of Justice
   | Attorneys for Plaintiff
13 | United States of America
14
   | [*Additional counsel listed on next page*]
15

16 | UNITED STATES DISTRICT COURT
17 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cv-05917-FMO-PD |
|---|---|
| Plaintiff, | **NOTICE OF REINSTATEMENT OF APPROPRIATIONS** |
| v. | |
| CITY OF LOS ANGELES; KAREN BASS, Mayor of Los Angeles, in her official capacity; LOS ANGELES CITY COUNCIL; MARQUEECE HARRIS DAWSON, President of the Los Angeles City Council, in his official capacity, | Hon. Fernando M. Olguin  Hearing Date: December 11, 2025  Time: 10:00 a.m.  Courtroom 6D  Hon. Fernando M. Olguin |
| Defendants. | |

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
PAUL (BART) GREEN
Assistant United States Attorney

At the end of the day on September 30, 2025, the appropriations act that had been funding the U.S. Department of Justice ("Department") expired, and those appropriations to the Department lapsed. On October 21, 2025, Plaintiff United States of America ("Plaintiff") moved to stay proceedings in light of that lapse of appropriations. ECF No. 35. On November 7, 2025, the Court granted Plaintiff's motion and stayed proceedings for the remaining duration of the lapse in appropriations. ECF No. 38. The Court ordered the Department to advise it "no later than seven days after the government shutdown ends". *Id.*

On November 12, 2025, Congress appropriated funds for the Department. Plaintiff, therefore, asks the Court to lift the stay in this action and reschedule the hearing on Defendant's Motion to Dismiss, the Scheduling Conference, and the Federation for American Immigration Reform's Motion to File Amicus Brief in the above-captioned case, previously set for November 6, 2025. *See* ECF No. 33.

Plaintiff's counsel intends to appear for this hearing in person per the Court's orders, and will be travelling from Washington, DC to do so. Plaintiff's counsel is available to travel to Los Angeles on December 11, 2025, and Defendants' counsel is available on the same date.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: November 19, 2025 | BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division |
|   | YAAKOV M. ROTH<br>Principal Deputy Assistant Attorney General<br>Civil Division |
|   | DREW C. ENSIGN<br>Deputy Assistant Attorney General |
|   | SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br>United States Department of Justice<br>Civil Division<br>950 Pennsylvania Ave NW, Ofc. 3631<br>Washington, DC 20530<br>Telephone: (202) 307-1697<br>Email: Sean.Skedzielewski@usdoj.gov |
|   | U.S. Department of Justice<br>BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>PAUL (BART) GREEN<br>Assistant United States Attorney |
|   | */s/ Christopher Lyerla*<br>CHRISTOPHER LYERLA<br>Office of Immigration Litigation, Civil Division<br>TX Bar No. 24070189 |
|   | *Attorneys for Plaintiff* |

3