UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-5917-FMO (JCx) | Date | **December 2, 2025** |
|---|---|---|---|
| Title | United States of America v. City of Los Angeles, et al. | | |

Present: The Honorable   Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):

None Present   None Present

**Proceedings:**   (In Chambers) Order Re: Further Proceedings

The court is in receipt of plaintiff's Notice of Reinstatement of Appropriations, filed on November 19, 2025. (Dkt. 39, "Notice"). In the Notice, plaintiff asks the court to lift its previously imposed stay, (see Dkt. 38, Court's Order of November 7, 2025), and to reschedule the hearing on defendants' Motion to Dismiss ("Motion"), the scheduling conference, and the Federation for American Immigration Reform's Motion for Leave to File Amicus Brief (Dkt. 32).

Having reviewed and considered the Joint Rule 26(f) Report filed by the parties, (Dkt. 29, Joint Rule 26(f) Report), the court on its own motion deems it most efficient to set case deadlines after the court has ruled on the defendants' Motion. (See Dkt. 25, Motion to Dismiss). Accordingly, IT IS ORDERED THAT:

1. The stay previously imposed by this court on November 7, 2025, (Dkt. 38, Court's Order of November 7, 2025), is hereby **vacated**.

2. All hearing dates set prior to the stay are hereby **vacated**.

3. Defendants' Motion to Dismiss (Dkt. 25) and FAIR's Motion for Leave to File Amicus Brief (Dkt. 32) are taken under submission.

4. A scheduling conference will be set after the court rules on defendant's Motion to Dismiss (Dkt. 25).

00 : 00

Initials of Preparer   vdr