BRETT A. SHUMATE
Assistant Attorney General
Civil Division
YAAKOV M. ROTH
Principal Deputy Assistant Attorney General, Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
United States Department of Justice, Civil Division
    950 Pennsylvania Ave NW, Ofc. 3631
    Washington, DC 20530
    Telephone: (202) 307-1697
    Email: Sean.Skedzielewski@usdoj.gov

CHRISTOPHER LYERLA (Tex. Bar No. 24070189)
Office of Immigration Litigation, Civil Division
U.S. Department of Justice
    Telephone: 202-598-3967
    Email: christopher.t.lyerla@usdoj.gov

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
PAUL (BART) GREEN (Cal. Bar No. 300847)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805
    Email: Paul.Green@usdoj.gov

Attorneys for Plaintiff
United States of America

[*Additional counsel listed on next page*]

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF LOS ANGELES, *et al*,<br><br>    Defendants. | No. 2:25-cv-05917-FMO-PD<br><br>**STIPULATION FOR DECISION ON MOTION TO DISMISS PURSUANT TO LOCAL RULE 83-9.2**<br><br>Honorable Fernando M. Olguin<br>United States District Judge |

1

HYDEE FELDSTEIN SOTO, City Attorney (SBN 106866)
DENISE C. MILLS, Chief Deputy City Attorney (SBN 191992)
KATHLEEN KENEALY, Chief Assistant City Attorney (SBN 212289)
GABRIEL S. DERMER, Assistant City Attorney (SBN 229424)
MOLLY STEPHENS, Deputy City Attorney (SBN 232211)
200 North Main Street, City Hall East, 6th Floor
Los Angeles, California 90012
Telephone:  213-978-1868
Facsimile:   213-978-7011
Email:  molly.stephens@lacity.org

Attorneys for Defendants

2

Pursuant to Local Rule 83-9.2, Plaintiff and Defendants, through their undersigned counsel, respectfully request that this Court issue its decision on Defendants' Motion to Dismiss (Dkt. 25), submitted for decision on December 2, 2025. Dkt. 40.

Respectfully submitted,

Dated:  April 13, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General,
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
United States Department of Justice,
Civil Division

CHRISTOPHER LYERLA
Office of Immigration Litigation,
Civil Division
U.S. Department of Justice

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
PAUL (BART) GREEN
Assistant United States Attorney


 /s/ Christopher Lyerla
Christopher Lyerla

Attorneys for Plaintiff

3

Dated:  April 13, 2026

HYDEE FELDSTEIN SOTO, City Attorney
VALERIE FLORES, Chief Asst. City Attorney
KATHLEEN KENEALY, Chief Asst. City Attorney
GABRIEL S. DERMER, Asst. City Attorney
MOLLY STEPHENS, Deputy City Attorney


 */s/ Molly Stephens*
Molly Stephens
Deputy City Attorney

Attorneys for Defendants

   *Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.